# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RONALD PALMER, ET AL. § | |
| § | Civil Action No. 4:18-CV-422 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| ANTOINETTE BONE, ET AL. § | |
| § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 24, 2019, the report of the Magistrate Judge (Dkt. #56) was entered containing proposed findings of fact and recommendations that Defendants The State Unauthorized Practice of Law Committee, the UPLC's District 14B Subcommittee, the Law Office of Antoinette Bone, and Antoinette Bones's First Amended Motion to Dismiss (Dkt. #24), and Attorney General Paxton's Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. #25) each be granted, and Plaintiffs' claims be dismissed without prejudice.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants The State Unauthorized Practice of Law Committee, the UPLC's District 14B Subcommittee, the Law Office of Antoinette Bone, and Antoinette Bones's First Amended Motion to Dismiss (Dkt. #24), and Attorney General Paxton's Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. #25) are each **GRANTED** and the entirety of Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 **SIGNED this 3rd day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE